

# Fourth Court of Appeals
## San Antonio, Texas

February 7, 2024

No. 04-23-01083-CV

**LITTON FULLER GROUP**,
Appellant

v.

Carlton **CLARDY JONES** as Trustee for the Jones Carlton & Shirley Family Trust Dated
January 25, 1990, as Restated on August 8, 2006 and Shirley Mann Jones Bypass Trust Dated
January 20, 2007,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2023CI21138
Honorable Tina Torres, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR LACK
OF JURISDICTION. We ORDER appellant to pay the costs of this appeal.

It is so **ORDERED** on February 7, 2024.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 7th day of February, 2024.

Tommy Stolhandske, Clerk of Court